# United States Bankruptcy Court
# District of South Carolina

IN RE:

Curtis Earl Turner, Jr.  
5000 Old Buncombe Road #27-221  
Greenville, SC  29617

CASE NO.: 15-05423-hb  
CHAPTER 13

DEBTOR

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Gretchen D. Holland, Trustee for the above referenced case is submitting by mail check #0666464 in the amount of $990.80 representing monies designated to creditors or debtor refund as follows:

| Creditor / Payee | Claim # | Reason for Return | Amount |
|---|---|---|---|
| Americredit Financial Service | 3 | Check was stale dated | $263.87 |

Date: 01/23/2017

/s/ Gretchen D. Holland  
Gretchen D. Holland, Chapter 13 Trustee  
20 Roper Corners Cir Ste C  
Greenville, SC  29615-4833  
864-242-0314  
864-242-3679 Facsimile

**FOR BANKRUPTCY COURT USE ONLY**

| Date | Reference | Received | Disbursed | Balance |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |